1  PHILLIP A. TALBERT
   United States Attorney
2  PETER THOMPSON
   Regional Chief Counsel
3  CAROL S. CLARK
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (510) 970-4183
6       Facsimile: (415) 744-0134
        Carol.S.Clark@ssa.gov
7  Attorneys for Defendant

8

9

10                         UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12                                FRESNO DIVISION

13

14
                                             No.  1:21-cv-00144-EPG
15  RODNEY N. BLALOCK,

16    Plaintiff,                             STIPULATION AND ORDER FOR EXTENSION
                                             TO FILE DEFENDANT'S RESPONSIVE BRIEF
17  v.

18  KILOLO KIJAKAZI,
    Acting Commissioner of Social Security,
19
                Defendant.
20

21

22      The parties stipulate through counsel that Defendant, the Acting Commissioner of Social

23  Security (the "Commissioner"), shall have a 60-day extension of time to respond to Plaintiff's

24  opening brief, filed on November 29, 2021 (doc. 18), extending the date on which Defendant's

25  responsive brief is due from January 28, 2022, to March 29, 2022.

26      The assigned lead attorney of record is currently on extended leave and is unable to brief

27  the case by the current due date.  The Commissioner anticipated that the lead attorney would

28
   Stip. For extension, R. Blalock, 1.21-cv-00144-EPG         1

return to the office prior to the current response date, but recently learned that the lead attorney would be on extended leave. We anticipate that the lead attorney will return to the office prior to March 28, 2022, and will be able to respond to Plaintiff's brief by that date. The Commissioner respectfully requests this additional time to accommodate the lead attorney's unplanned absence or alternatively, to reassign the matter to another attorney.

Due to the overall volume of work within the Commissioner's Region IX Office of General Counsel, neither the undersigned attorney or another attorney in the Region IX Office anticipate being able to review and respond to Plaintiff's letter brief by the current due date. Current staffing limitations caused by planned and unplanned leave of multiple attorneys make immediate reassignment impractical. Accordingly, the Commissioner respectfully requests an extension of 60 days, until March 29, 2022, to respond to Plaintiff's opening brief.

This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: January 28, 2022

*/s/ Jonathan O. Pena*
JONATHAN PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE:  January 28, 2022         By   */s/ Carol S. Clark*
CAROL S. CLARK
Special Assistant United States Attorney (on behalf of lead attorney Ellinor Coder)
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation (ECF No. 19), IT IS HEREBY ORDERED that Defendant shall file and serve a Responsive Brief by March 29, 2022. All remaining deadlines in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:  **January 31, 2022**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE