PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY N. BLALOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00144-EPG<br><br>ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount $5,500.00 (Five Thousand, Five Hundred dollars and 00/00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel, if any. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor any assignment will depend on whether the fees are subject to any offset allowed under the United States

1  Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the
2  government will determine whether they are subject to any offset.

3       Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
4  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,
5  expenses and costs to be made directly to counsel, pursuant to the assignment executed by
6  Plaintiff.  Any payments made shall be delivered to counsel.

7       This stipulation constitutes a compromise settlement of Plaintiff request for EAJA
8  attorney fees, and does not constitute an admission of liability on the part of Defendant under the
9  EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and
10 bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating
11 to EAJA attorney fees or costs in connection with this action.

12      This award is without prejudice to the rights of counsel and/or counsel's firm to seek
13 Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause
14 provisions of the EAJA.

15                               Respectfully submitted,

16 Dated:  August 19, 2022              /s/  *Jonathan O. Peña**
17                                   JONATHAN O. PEÑA
                                  Attorney for Plaintiff
18                                   (*signature authorized via e-mail Aug. 19, 2022)

19
   Dated: August 22, 2022              PHILLIP A. TALBERT
20                                   United States Attorney
                                  PETER K. THOMPSON
21                                   Acting Regional Chief Counsel, Region IX
22                                   Social Security Administration

23
24                           By:    /s/  *Ellinor R. Coder*
                                  ELLINOR R. CODER
25                                   Special Assistant U.S. Attorney
26                                   Attorneys for Defendant

27
28

## ORDER

Based upon the parties' stipulation, IT IS ORDERED that fees and expenses in the amount of $5,500.00 as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the stipulation. Further, the Court vacates all pending deadlines related to the motion for attorney fees (ECF Nos. 27, 28). Given the parties' stipulation, the Clerk of Court is respectfully directed to terminate as pending Plaintiff's motion for attorney fees (ECF No. 27).

IT IS SO ORDERED.

Dated:  **August 22, 2022**                    /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE